# UNITED STATES DISTRICT COURT
for the
District of Vermont

| | | |
|---|---|---|
| Francisca Gastelum Laurean; Kalef Mendoza Parra; K.M., *by and through their parent, Francisca Gastelum Laurean*; J.M., *by and through their parent, Francisca Gastelum Laurean*<br><br>*Plaintiff(s)*<br><br>v.<br><br>Ur M. Jaddou, *Director, United States Citizenship and Immigration Services*<br><br>*Defendant(s)* | ) ) ) ) ) ) ) ) ) ) | Civil Action No.   2:23-cv-00728 |

## JUDGMENT IN A CIVIL ACTION

☐ **Jury Verdict.**

☑ **Decision by Court.**

**IT IS ORDERED AND ADJUDGED** that pursuant to the Court's Order (Document No. 12) filed August 20, 2024, Defendant's Motion to Dismiss (Document No. 8) is GRANTED. This case is DISMISSED WITHOUT PREJUDICE.

Date:   August 20, 2024

JUDGMENT ENTERED ON DOCKET
DATE ENTERED:   8/20/2024

*JEFFREY S. EATON*
*CLERK OF COURT*

*/s/ Sharrah J. LeClair*
*Signature of Clerk or Deputy Clerk*